UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2020-32
CASE # 20-MC-22066

In re:  SANDRA DUCHEINE A/K/A
SANDRA CORACELIN A/K/A
SANDRA DUCHEINE-BAKER
FLORIDA BAR # 128929
_____/

FILED BY ____CC____ D.C.

May 19, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## ORDER OF SUSPENSION

On December 23, 2015, the Supreme Court of Florida entered an Order of Suspension, suspending Sandra Coracelin a/k/a Sandra Ducheine a/k/a Sandra Ducheine-Baker from the practice of law. *See The Florida Bar v. Sandra Coracelin,* No. SC15-1474, 192 So.3d 42 (Fla. 2015) (ECF No. 1). Although this suspension occurred in 2015, this Court was not made aware of the suspension until after the attorney's petition for reinstatement to The Florida Bar was voluntarily dismissed on May 12, 2020. *See The Florida Bar Re: Sandra Coracelin*, SC19-1722, 2020 WL 2461916 (Fla. May 12, 2020). Rule 9(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, Local Rules of the United States District Court for the Southern District of Florida, provides that "[a]n attorney . . . who shall be suspended . . . on consent . . . from the bar of any state . . . while an investigation into allegations of misconduct is pending shall . . . cease to be permitted to practice before this Court and be stricken from the roll of attorneys admitted to practice before this Court." Under these circumstances involving suspension on consent, service of an Order to Show Cause is unnecessary and the attorney may be immediately suspended. *Id*. Pursuant to Rule 9(b) and the inherent authority of this Court to oversee officers admitted to membership in its bar, *see Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) ("[A] federal court has the power to control admission to its bar and to discipline attorneys who appear before it."),

IT IS ORDERED that said attorney be suspended from practice in this Court, effective immediately. The attorney may not resume the practice of law before this Court until reinstated by Order of this Court. *See* Rule 12(a). The Clerk of Court shall strike this attorney from the roll of attorneys eligible to practice in the United States District Court for the Southern District of Florida and shall also immediately revoke the attorney's CM/ECF password.

IT IS FURTHER ORDERED by this Court that said attorney advise the Clerk of Court of all pending cases before this Court in which she is counsel or co-counsel of record.

IT IS FURTHER ORDERED by this Court that the Clerk of Court attempt to serve by certified mail a copy of this Order of Suspension upon the attorney at her court record and Florida Bar addresses.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 19th day of May, 2020.

K. MICHAEL MOORE
UNITED STATES CHIEF DISTRICT JUDGE

c:   All South Florida Eleventh Circuit Court of Appeals Judges
     All Southern District Judges
     All Southern District Bankruptcy Judges
     All Southern District Magistrate Judges
     United States Attorney
     Circuit Executive
     Federal Public Defender
     Clerks of Court – District, Bankruptcy and 11th Circuit
     Florida Bar and National Lawyer Regulatory Data Bank
     Library
     Sandra Ducheine